UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-2582-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| ARMANDO GOMEZ-RAMIREZ, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the motion hearing/trial setting, currently scheduled on March 21, 2025, at 1:30 p.m., is continued to **April 25, 2025, at 1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: March 19, 2025

Hon. Janis L. Sammartino
United States District Judge