# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

    vs.

Armando Gomez-Ramirez,

                Defendant.

Case No. 24cr2582-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant to dismiss Information under 8 U.S.C. Section 1326(d).

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information: 8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

Dated:  4/17/2026

Hon. Janis L. Sammartino
United States District Judge